**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Shereen Gervers | : | |
| | : | |
| Debtor | : | Bankruptcy No. 17-16254-elf |

**ORDER**

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 9/13/17, this case is hereby DISMISSED.

**Date: October 2, 2017**

_____
Chief Judge Eric L. Frank
Chief United States Bankruptcy Judge

Missing Documents:
  Matrix
  Chapter 13 Plan
  Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
  Means Test Calculation Form 122C-2
  Schedules AB-J
  Statement of Financial Affairs
  Summary of Assets and Liabilities Form B106

bfmisdoc elf (1/22/15)